ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



FILED-USDC-NDTX-DA
'25 SEP 23 PM2:45
KM

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| ERICK TRAVON BERRY | 3-25CR-438 S |

### INDICTMENT

The Grand Jury charges:

Count One
Theft of Mail by Postal Employee
[Violation of 18 U.S.C. § 1709]

On or about December 12, 2023, in the Dallas Division of the Northern District of Texas, defendant **Erick Travon Berry,** being an employee of the United States Postal Service, did knowingly and unlawfully embezzle, abstract, and remove any letter, postal card, package, bag, and mail and any article or thing contained therein from the United States mail, including three pieces of mail addressed to A.S., C.C., and W.F., in the United States mail, the same having been entrusted him and which came into his possession intended to be conveyed by mail.

In violation of 18 U.S.C. § 1709.

<u>Count Two</u>
Delay and Destruction of Mail by Postal Employee
[Violation of 18 U.S.C. § 1703(a)]

On or about December 12, 2023, in the Dallas Division of the Northern District of Texas, defendant **Erick Travon Berry**, being an employee of the United States Postal Service, did unlawfully secrete, detain, delay, and open any letter, postal card, package, bag, and mail entrusted to him, including three pieces of mail addressed to A.S., C.C., and W.F, which was intended to be conveyed by mail, and carried and delivered by any carrier and other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service.

In violation of 18 U.S.C. § 1703(a).

Forfeiture
[18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c)]

Upon conviction for any of the offenses alleged in Count One of this indictment, and pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), the defendant, **Erick Travon Berry**, shall forfeit to the United States of America all property constituting or derived from proceeds traceable to the offense.

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
SHELBY DAVITT
Special Assistant United States Attorney
California State Bar No. 298870
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214-659-8600
Facsimile:   214-659-8812
E-Mail: shelby.davitt@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ERICK TRAVON BERRY

INDICTMENT

18 U.S.C. § 1709
Theft of Mail by Postal Employee
(Count 1)

18 U.S.C. § 1703(a)
Delay and Destruction of Mail by Postal Employee
(Count 2)

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)]
Forfeiture Notice

2 Counts

A true bill rendered

_____
FOREPERSON

DALLAS

Filed in open court this 23 day of September, 2025.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE